1 | DEBRA WONG YANG
United States Attorney
2 | THOMAS P. O'BRIEN
Assistant United States Attorney
3 | Chief, Criminal Division
J. MARK CHILDS
4 | Assistant United States Attorney
(Cal. State Bar # 162684)
5 |     1400 United States Courthouse
      312 North Spring Street
6 |     Los Angeles, California 90012
      Telephone:  (213) 894-2433
7 |     Facsimile:  (213) 894-0142
      Mark.Childs@usdoj.gov
8 |
Attorneys for Plaintiff
9 | UNITED STATES OF AMERICA

*Lodged*
*Application +*
*order*

2006 SEP 29 PM 3:52

FILED

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

10

11                    UNITED STATES DISTRICT COURT

12              FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA, )    CR No. 02-938-RGK
                              )
14 |          Plaintiff,      )
                              )    GOVERNMENT'S NOTICE OF EX PARTE
15 |     v.                   )    APPLICATION FOR ORDER SEALING
                              )    DOCUMENTS
16 | JOHN STINSON, et al.,    )
                              )
17 |          Defendants.     )
                              )
18 | _____)

19          TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

20          The government hereby provides notice on this date that it

21 | applied *ex parte* for an order directing that documents be sealed;

22 | and [Proposed] Order as well as this *ex parte* application, be filed

23 | under seal and in camera.

24 | //

25 | //

26 | //

27 | //

28 | //

DOCKETED ON CM

OCT 4 2006

BY _____ 90-0172

3899

1   The ex parte application is based on memorandum of points and

2   authorities, the attached declaration of J. Mark Childs, and all

3   the files and records in this case.

4   DATED: September 29, 2006

5                    Respectfully

6                    DEBRA WONG YANG
                     United States Attorney
7
                     THOMAS P. O'BRIEN
8                    Assistant United States Attorney
                     Chief, Criminal Division
9

10
                     _____
11                   J. MARK CHILDS
                     Assistant United States Attorney
12
                        Attorneys for Plaintiff
                        UNITED STATES OF AMERICA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              2

## CERTIFICATE OF SERVICE

I, TERESA GUZMAN, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S NOTICE OF EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS**

SERVICE WAS:

[ ]Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[] placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[x] By facsimile as follows by Guzman
SEE ATTACHED LIST

[ ] By messenger as follows:

[x ] Emailed by Mark Childs:
See Attached List

This Certificate is executed on September 29, 2006  in Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

TERESA GUZMAN

<u>U.S. v. ROBERT LEE GRIFFIN, ET AL.,</u>
CR NO. 02-938-RGK


Joseph F. Walsh, Esq. (ROBERT GRIFFIN)
316 West Second Street, Suite 1200
Los Angeles, CA 90012
Tel: 213-627-1793
Fax: 213-489-4700
Email: Attyjoewalsh@aol.com

Michael M. Crain, Esq. (ROBERT GRIFFIN)
P.O. Box 3730
Santa Monica, CA 90408
Tel: 310-571-3324
Fax: 310-626-9983
Email: Michaelmcrain@aol.com

Knut Johnson, Esq. (DAVID CHANCE)
1010 Second Avenue, Suite 1850
San Diego, CA 92101
Email: knut@knutjohnson.com
(619) 232-7080
Cell: 619-602-0277
Fax (619) 232-6052

John Cotsirilos, Esq. (DAVID CHANCE)
2442 Fourth Avenue
San Diego, CA 92101
Email: Mccabeatty@aol.com
(619) 232-6022
Fax (619) 232-6052

Paul Potter, Esq. (JOHN STINSON)
Potter, Cohen & Samulon
3852 East Colorado Blvd.
Pasadena, CA 91107
(626) 795-0681
Email: pepsquire@earthlink.net

Terrence Bennett, Esq. (JOHN STINSON)
P.O. Box 709
Pasadena, CA 91102-0709
(626) 798-6675
Email: benedictus@earthlink.net