DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Section
J. MARK CHILDS (California State Bar No. 162684)
Assistant United States Attorneys
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2433
    Facsimile: (213) 894-0142
    e-mail: Mark.Childs@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN STINSON, et al., ) <br> ) <br> Defendants. ) <br> ) | No. CR 02-938-RGK <br><br> **GOVERNMENT'S MOTION TO COPY DOCUMENTS PRODUCED TO THE COURT VIA THE GOVERNMENT'S SUBPOENA TO THE CDCR RE: THE CDCR FILE OF AARON MARSH** |

Plaintiff, United States of America, hereby gives notice and moves for an order from this Court to take temporary custody of the documents received by the Court from the California Department of Corrections ("CDCR") on September 27, 2006 regarding the CDCR file of murder victim Aaron Marsh. (See CR 3852, Court's Order dated September 28, 2006). The government wishes to take custody of these documents in order to copy them.

1 | The government will return the documents to the clerk's office,
2 | where they are currently stored, the same day as the copying is
3 | completed.

4 | Dated: September 30, 2006        Respectively submitted,

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant U.S. Attorney
Chief, Criminal Division

*/s/ J. Mark Childs*

J. MARK CHILDS
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America

## CERTIFICATE OF SERVICE

I, **NETTIE RAFEE** declare:

That I am a citizen of the United States and resident or employed in Los Angeles, County, California; that my business address is Office of United States Attorney, Federal Courthouse 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on October 2, 2006, I deposited in the United States mail, at the U.S. Courthouse, in the above-entitled action, in an envelope bearing the requisite postage, a copy of: **GOVERNMENT'S MOTION TO COPY DOCUMENTS PRODUCED TO THE COURT VIA THE GOVERNMENT'S SUBPOENA TO THE CDCR RE: THE CDCR FILE OF AARON MARSH**

was:
[] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:    [X Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[] By hand delivery addressed as follows:    [] By facsimile as follows:

[ ] By messenger as follows:    [ ] By federal express as follows:

SEE ATTACHMENT

at his last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on **October 2, 2006**, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

Nettie Rafee

<u>U.S. v. ROBERT LEE GRIFFIN, ET AL.</u>,
CR NO. 02-938-RGK (9/25/06)


Joseph F. Walsh, Esq. (ROBERT GRIFFIN)
316 West Second Street, Suite 1200
Los Angeles, CA 90012
Tel: 213-627-1793
Fax: 213-489-4700
Email: Attyjoewalsh@aol.com

Michael M. Crain, Esq. (ROBERT GRIFFIN)
P.O. Box 3730
Santa Monica, CA 90408
Tel: 310-571-3324
Fax: 310-571-3354
Email: Michaelmcrain@aol.com

Knut Johnson, Esq. (DAVID CHANCE)
1010 Second Avenue, Suite 1850
San Diego, CA 92101
Email: knut@knutjohnson.com
(619) 232-7080
Fax (619) 232-6052

John Cotsirilos, Esq. (DAVID CHANCE)
2442 Fourth Avenue
San Diego, CA 92101
Email: Mccabeatty@aol.com
(619) 232-6022
Fax (619) 232-6052

Paul Potter, Esq. (JOHN STINSON)
Potter, Cohen & Samulon
3852 East Colorado Blvd.
Pasadena, CA 91107
(626) 795-0681
Fax: (626) 795-0725
Email: pepsquire@earthlink.net

Terrence Bennett, Esq. (JOHN STINSON)
P.O. Box 709
Pasadena, CA 91102-0709
(626) 798-6675
Email: benedictus@earthlink.net