1 | DEBRA WONG YANG
United States Attorney
2 | THOMAS P. O'BRIEN
Assistant United States Attorney
3 | Chief, Criminal Division
J. MARK CHILDS (Cal. State Bar # 162684)
4 | Assistant United States Attorney
     1400 United States Courthouse
5 |      312 North Spring Street
     Los Angeles, California 90012
6 |      Telephone: (213) 894-2433
     Facsimile: (213) 894-0142
7 |      Mark.Childs@usdoj.gov

8 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

9

10 | UNITED STATES DISTRICT COURT

11 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13 | UNITED STATES OF AMERICA,   ) No. CR 02-938-RGK
                    )
14 |         Plaintiff,    )
                    ) STIPULATION RE: JOINT SUBMISSION OF
15 |      v.            ) STATEMENT OF THE CASE TO BE READ TO
                    ) THE PROSPECTIVE JURORS
16 | JOHN STINSON, et al.,    )
                    )
17 |         Defendants.   )
                    )
18 |                     )

19 |      Plaintiff United States of America, by and through its

20 | counsel of record, the United States Attorney's Office for the

21 | Central District of California, and defendants, by and through

22 | their below counsel, hereby stipulate to request that the Court

23 | read the attached statement of the case to the prospective

24 | jurors.  The attached statement is a summary of the indictment.

25 | For the convenience of the Court, the statement includes

26 | ///

27

28

FILED

2006 SEP 28 PM 4:00

DOCKETED ON CM

OCT 5 2006

BY

references to the corresponding paragraphs of the First

Superseding Indictment.

DATE: September 28, 2006    Respectfully submitted,

DEBRA WONG YANG
United States Attorney

J. MARK CHILDS
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATE: September 28, 2006

PAUL POTTER

Attorney for defendant
JOHN STINSON

DATE: September 28, 2006

JOSEPH WALSH

Attorney for defendant
ROBERT GRIFFIN

DATE: September 28, 2006

JOHN COTSIRILOS

Attorney for defendant
DAVID CHANCE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-938(E) |
| Plaintiff, | ) | |
| | ) | **JOINT SUBMISSION RE:** |
| v. | ) | **SUMMARY OF INDICTMENT TO BE** |
| | ) | **READ TO THE PROSPECTIVE JURORS** |
| JOHN WILLIAM STINSON, | ) | |
| aka "Youngster," | ) | |
| aka "The Youngest," | ) | |
| ROBERT LEE GRIFFIN, and | ) | |
| aka "Blinky," | ) | |
| aka "McGrif," | ) | |
| DAVID ALLEN CHANCE, | ) | |
| | ) | |
| Defendants. | ) | |

Attach 13

COUNT TWO

[18 U.S.C. § 1962(d)]

65.  Paragraphs One through Fifteen of the Introductory Allegations of this Indictment are:

INTRODUCTORY ALLEGATIONS

THE RACKETEERING ENTERPRISE

1.  At all relevant times, defendants JOHN WILLIAM STINSON, aka "Youngster," aka "The Youngest," ROBERT LEE GRIFFIN, aka "Blinky," aka "McGrif," DAVID ALLEN CHANCE, and others, were members and associates of a criminal organization whose members and associates engaged in, among other things, murder, attempted murder, conspiracy to commit murder, extortion, robbery, and narcotics trafficking.  At all relevant times, this organization, which is known as "the Aryan Brotherhood," operated in the Central District of California and elsewhere.  The Aryan Brotherhood and the individuals who associate with it for criminal purposes constitute an "enterprise" as defined by Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact, who engaged in, and whose activities affected, interstate and foreign commerce.  The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

GENERAL BACKGROUND

2.  The Aryan Brotherhood is a powerful gang that controls drug distribution and other illegal activity within portions of the California and federal prison systems and has worked to expand its influence over illegal activity conducted outside of

2

prison.

3.    The Aryan Brotherhood was formed in the California prison system in approximately 1964 by white inmates who wanted to gain power and authority in prison by forming a race-based gang.  While it is not necessary to be white to join the Aryan Brotherhood, nearly all of its members are white.  All Aryan Brotherhood members are male.

4.    Although the Aryan Brotherhood began in the California prison system, it has spread to other prison systems.  During the early 1970's, members of the Aryan Brotherhood who had entered the federal prison system formed a faction of the Aryan Brotherhood in the federal prison system.  Although the California and federal factions have distinct membership and leadership, both are part of one organization called the Aryan Brotherhood.  If a member of either faction enters the prison system controlled by the other faction, that member automatically becomes a member in his new prison system.  Although there are Aryan Brotherhood members in other prison systems, the California and federal factions are the Aryan Brotherhood's primary factions.

5.    In addition to Aryan Brotherhood members in prison, there are members who have been released from prison.  When Aryan Brotherhood members leave prison, they are required to remain loyal to the Aryan Brotherhood and to work to further the goals of the Aryan Brotherhood while in the community.

6.    The Aryan Brotherhood enforces its rules and promotes discipline among its members and associates by murdering, attempting to murder, conspiring to murder, assaulting, and

3

threatening those who violate the enterprise's rules or pose a threat to the enterprise.  The Aryan Brotherhood also uses murder and the threat of murder to maintain a position of power within the California and federal prison systems.  Inmates and others who do not follow the orders of the Aryan Brotherhood are subject to being murdered, as is anyone who uses violence against an Aryan Brotherhood member.  Inmates who cooperate with law enforcement authorities are also subject to being murdered.

MEMBERSHIP

7.    Aryan Brotherhood members are recruited from the prison population.  In order to be considered for membership in the Aryan Brotherhood, an inmate must be sponsored by a member.  Once an inmate is sponsored, he generally must serve a term of "probation" while his conduct is observed by the members of the Aryan Brotherhood.  If the inmate's conduct during the probationary period is satisfactory, he is admitted into the Aryan Brotherhood.  Once accepted as an Aryan Brotherhood member, the inmate must swear an oath of loyalty, pledging his life to the Aryan Brotherhood.

8.    Members are required to follow all orders of higher-ranking members.  In particular, members are required, when ordered, to kill without hesitation.  They are also required to give false testimony in court on behalf of other members. Members who do not fulfill their obligations to the Aryan Brotherhood are subject to being murdered.

9.    In addition to members, the enterprise includes those closely affiliated with the Aryan Brotherhood, who are called "associates."  Associates are required to follow the orders of

4

1  Aryan Brotherhood members.  Associates who do not fulfill their

2  obligations to the Aryan Brotherhood are subject to being

3  murdered.

4                          LEADERSHIP STRUCTURE

5       10.  Originally, the Aryan Brotherhood did not have a

6  leadership structure, but instead was governed by consensus.  In

7  approximately 1980, with the blessing of the California faction

8  of the Aryan Brotherhood, the members of the federal faction

9  formed a three-man Federal "Commission" with authority over the

10 activities of the federal faction.  In approximately 1993, the

11 members of the Federal Commission formed a "council," reporting

12 to the Federal Commission, with authority over day-to-day

13 operations of the federal faction.

14      11.  In approximately 1982, inmates in the California

15 faction of the Aryan Brotherhood met and formed a 12-man

16 California Council to govern the faction's affairs.  The members

17 of the California Council then formed a three-man California

18 Commission with authority over the California Council and all

19 other California Aryan Brotherhood members.  The number of

20 members on the California Council has since been reduced to six.

21      12.  In both the California and federal factions of the

22 Aryan Brotherhood, the commission in charge of a particular

23 faction has final authority over all matters involving that

24 faction.  A murder of or assault on a member may be carried out

25 only if it is authorized by the commission of the faction to

26 which the member belongs, although the murder of a nonmember does

27 not require commission approval.

28

## PURPOSES OF THE ENTERPRISE

13.   The members of the Aryan Brotherhood and their associates constitute an enterprise, referred to below as "the Aryan Brotherhood," "the Aryan Brotherhood criminal enterprise," or "the enterprise."   The word "member" as used below refers to a full-fledged member of the Aryan Brotherhood.   Both members and associates of the Aryan Brotherhood are participants in the Aryan Brotherhood criminal enterprise.

14.   The purposes of the Aryan Brotherhood criminal enterprise include, but are not limited to, the following:

a.   Controlling illegal activities, such as narcotics trafficking, gambling, and extortion, within the California and federal prison systems.

b.   Preserving, protecting, and expanding the power of the Aryan Brotherhood through the use of intimidation, violence, threats of violence, assaults, and murders.

c.   Promoting and enhancing the Aryan Brotherhood and the activities of its members and associates.

## THE MEANS AND METHODS OF THE ENTERPRISE

15.   Among the means and methods by which the defendants and their co-racketeers conduct and participate in the conduct of the affairs of the Aryan Brotherhood criminal enterprise are the following:

a.   Members of the Aryan Brotherhood use the Aryan Brotherhood criminal enterprise to commit, and attempt and threaten to commit, acts of violence, including murder and assault, to protect and expand the enterprise's criminal operations.

6

b.    Members of the Aryan Brotherhood use the Aryan Brotherhood criminal enterprise to promote a climate of fear through violence and threats of violence.

c.    Members of the Aryan Brotherhood promulgate rules to be followed by all participants in the Aryan Brotherhood criminal enterprise, including the rule that a participant in the enterprise may not act as an informant for law enforcement authorities.

d.    To enforce the rules of the Aryan Brotherhood criminal enterprise and to promote discipline, the members of the Aryan Brotherhood use the enterprise to murder, attempt to murder, assault, and threaten those participants in the enterprise and others who violate rules or orders, or who pose a threat to the enterprise.

e.    To generate income, participants in the Aryan Brotherhood criminal enterprise engage in illegal activities under the protection of the enterprise, including narcotics trafficking, bookmaking, extortion, robbery, and contract murder.

f.    To generate income, participants in the Aryan Brotherhood criminal enterprise require that white inmates engaged in profit-making activities in prison pay "taxes" to the Aryan Brotherhood under threat of violence.

g.    To generate income, participants in the Aryan Brotherhood criminal enterprise who are not in prison require that white narcotics dealers and other white criminals pay "taxes" to the Aryan Brotherhood under threat of violence.

h.    To perpetuate the Aryan Brotherhood criminal enterprise, participants in the enterprise attempt to conceal

7

from law enforcement the existence of the Aryan Brotherhood, the identity of its participants, and the ways in which it conducts its affairs.

I.    To keep secret the activities of the Aryan Brotherhood criminal enterprise, participants in the enterprise communicate using codes and hidden messages, and use a network of Aryan Brotherhood members and associates outside of prison to relay messages to incarcerated members and associates.

66.    From a date unknown to the Grand Jury and continuing until at least July 25, 2002, within the Central District of California and elsewhere, defendants JOHN WILLIAM STINSON, aka "Youngster," aka "The Youngest," ROBERT LEE GRIFFIN, aka "Blinky," aka "McGrif,"  DAVID ALLEN CHANCE, and others known and unknown, being persons employed by and associated with the Aryan Brotherhood criminal enterprise as described above and as defined in Title 18, United States Code, Section 1961(4), which enterprise was engaged in, and the activities of which affected, interstate and foreign commerce, unlawfully, willfully, and knowingly combined, conspired, confederated, and agreed together and with each other to violate Title 18, United States Code, Section 1962(c), that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity, as that term is defined in Title 18, United States Code, Sections 1961(1) and 1961(5), consisting of multiple acts involving murder, and distribution of controlled substances, including heroin, methamphetamine, and cocaine.  It was a further part of the conspiracy that the defendants agreed that a conspirator would

8

commit at least two acts of racketeering in the conduct of the affairs of the enterprise.

OVERT ACTS

67.    In furtherance of the conspiracy and to accomplish the objects of the conspiracy, the defendants and their coconspirators committed the following overt acts on the dates set forth below:

Organization and Membership

1)    In or about 1964, a group of inmates in the California prison system formed the Aryan Brotherhood prison gang.

2)    In or about 1973, a group of inmates in the federal prison system formed a federal faction of the Aryan Brotherhood prison gang.

3)    In or about January 1978, defendant ROBERT LEE GRIFFIN sponsored Clifford Smith for membership in the Aryan Brotherhood.

4)    In or about May 1978, defendants JOHN WILLIAM STINSON, RICHARD LLOYD TERFLINGER, ROBERT LEE GRIFFIN, and RONALD BOYD SLOCUM, among others, voted to allow Clifford Smith to become a member of the Aryan Brotherhood.

5)    In or about 1980, defendant BARRY BYRON MILLS and other Aryan Brotherhood members formed a three-member "Federal Commission," including defendant BARRY BYRON MILLS, to govern the activities of the federal faction of the Aryan Brotherhood.

6)    In or about February 1982, in the Central District of California, defendants JOHN WILLIAM STINSON, RICHARD LLOYD TERFLINGER, ROBERT LEE GRIFFIN, RONALD BOYD SLOCUM, and EDWARD

9

1    TYLER BURNETT, and others, met and formed a 12-man "California

2    Council," including defendants JOHN WILLIAM STINSON, RICHARD

3    LLOYD TERFLINGER, ROBERT LEE GRIFFIN, and RONALD BOYD SLOCUM, to

4    govern the activities of the California faction of the Aryan

5    Brotherhood.

6            7)    In or about February 1982, in the Central District

7    of California, the members of the California Council met and

8    formed a three-man "California Commission," including defendant

9    ROBERT LEE GRIFFIN, with authority over the council and all other

10   activities of the California faction of the Aryan Brotherhood.

11           8)    On or about March 13, 1984, in the Central

12   District of California and elsewhere, defendant JOHN WILLIAM

13   STINSON sent a letter to Pete Pulos informing him that Rick Rose

14   had dropped out of the Aryan Brotherhood.

15           9)    In or about September 1985, in the Central

16   District of California and elsewhere, defendant TYLER DAVIS

17   BINGHAM assumed a position as one of the three federal

18   commissioners.

19           10)   In or about 1989, the members of the California

20   Commission, including defendant ROBERT LEE GRIFFIN, increased the

21   number of members of the California Commission from three to

22   four.

23           11)   In or about 1989, the members of the California

24   Commission, including defendant ROBERT LEE GRIFFIN, named

25   defendants JOHN WILLIAM STINSON and RICHARD LLOYD TERFLINGER to

26   the California Commission.

27           12)   In or about 1989, the members of the California

28   Commission, including defendant ROBERT LEE GRIFFIN, disbanded the

10

1  California Council.

2          13)  In or about 1990, in the Central District of

3  California, defendant EDWARD TYLER BURNETT sponsored Brian Healy

4  for membership in the Aryan Brotherhood.

5          17)  In or about 1994, the members of the California

6  Commission, including defendants JOHN WILLIAM STINSON, RICHARD

7  LLOYD TERFLINGER, and ROBERT LEE GRIFFIN, increased the number of

8  members of the California Commission from four to six.

9          18)  In or about 1994, the members of the California

10  Commission, including defendants JOHN WILLIAM STINSON, RICHARD

11  LLOYD TERFLINGER, and ROBERT LEE GRIFFIN, named defendant DAVID

12  ALLEN CHANCE and James Pendleton to the California Commission.

13          19)  In or about 1994, defendant JOHN WILLIAM STINSON

14  sponsored defendant ELLIOTT SCOTT GRIZZLE for membership in the

15  Aryan Brotherhood.

16          20)  In or about 1994, Mark Glass sponsored defendant

17  GARY JOE LITTRELL for membership in the Aryan Brotherhood.

18          39)  In or about July 1999, defendants JOHN WILLIAM

19  STINSON and RICHARD LLOYD TERFLINGER approved the Aryan

20  Brotherhood membership of James Magee.

21          40)  In or about August 2000, the members of the

22  California Commission, including defendants JOHN WILLIAM STINSON,

23  RICHARD LLOYD TERFLINGER, and DAVID ALLEN CHANCE, decreased the

24  number of members of the California Commission from six to three.

25          41)  In or about August 2000, the California

26  Commission, including defendants JOHN WILLIAM STINSON, RICHARD

27  LLOYD TERFLINGER, and DAVID ALLEN CHANCE, re-formed the

28  California Council, changing the number of members from four to

11

1   six.

2        42)   In or about August 2000, the California

3   Commission, including defendants JOHN WILLIAM STINSON, RICHARD

4   LLOYD TERFLINGER, and DAVID ALLEN CHANCE, named defendant RONALD

5   BOYD SLOCUM, Marvin Stanton, James Pendleton, Dan Troxell, Dale

6   Bretches, and Philip Fortman to the California Council.

7

8        45)   On or about July 25, 2002, defendant DAVID ALLEN

9   CHANCE possessed a list of Aryan Brotherhood members and of

10  enemies of the Aryan Brotherhood who were to be killed.

11

12              Murder of Richard Barnes

13       54)   In or about February 1982, in the Central District

14  of California, the members of the California Council, including

15  defendants JOHN WILLIAM STINSON, RICHARD LLOYD TERFLINGER, ROBERT

16  LEE GRIFFIN, and RONALD BOYD SLOCUM, enacted an Aryan Brotherhood

17  rule that if a member of the Aryan Brotherhood became a witness

18  against the Aryan Brotherhood, a member of the witness' family

19  would be killed.

20       55)   In or about February 1982, in the Central District

21  of California, the members of the California Council, including

22  defendants JOHN WILLIAM STINSON, RICHARD LLOYD TERFLINGER, ROBERT

23  LEE GRIFFIN, and RONALD BOYD SLOCUM, decided to have a family

24  member of Aryan Brotherhood member Steven Barnes murdered because

25  Barnes had testified against a member of the Aryan Brotherhood.

26       56)   In or before February 1983, in the Central

27  District of California, the members of the California Council,

28  including defendants JOHN WILLIAM STINSON, RICHARD LLOYD

12

1  TERFLINGER, ROBERT LEE GRIFFIN, and RONALD BOYD SLOCUM, decided

2  that defendant ROBERT LEE GRIFFIN would make arrangements to

3  carry out the murder contract on a member of Steven Barnes'

4  family.

5           57)   In or before February 1983, in the Central

6  District of California, the members of the California Council,

7  including defendants JOHN WILLIAM STINSON, RICHARD LLOYD

8  TERFLINGER, ROBERT LEE GRIFFIN, and RONALD BOYD SLOCUM, decided

9  that Aryan Brotherhood member Curtis Price would be given the

10  opportunity to murder a member of Steven Barnes' family.

11           58)   In or before February 1983, in the Central

12  District of California, defendant ROBERT LEE GRIFFIN asked Curtis

13  Price to murder a member of Steven Barnes' family.

14           59)   In or before February 1983, in the Central

15  District of California, Curtis Price agreed to murder a member of

16  Steven Barnes' family.

17           60)   In or before February 1983, in the Central

18  District of California, defendant ROBERT LEE GRIFFIN arranged to

19  have firearms supplied to Curtis Price for use in murdering a

20  member of Steven Barnes' family.

21           61)   In or before February 1983, in the Central

22  District of California, defendant JOHN WILLIAM STINSON provided

23  defendant ROBERT LEE GRIFFIN with the address of Richard Barnes,

24  Steven Barnes' father.

25           62)   In or before February 1983, in the Central

26  District of California, defendant ROBERT LEE GRIFFIN gave Richard

27  Barnes' address to Curtis Price.

28           63)   On or about February 13, 1983, in the Central

13

District of California, Curtis Price murdered Richard Barnes by shooting him in the head.

## Murder of Thomas Lamb

64)    In or about February 1982, in the Central District of California, the members of the California Council, including defendants JOHN WILLIAM STINSON, RICHARD LLOYD TERFLINGER, ROBERT LEE GRIFFIN, and RONALD BOYD SLOCUM, decided to order that Aryan Brotherhood member Thomas Lamb be murdered for failure to carry out an order to commit a murder.

65)    On or about July 12, 1982, in the Central District of California and elsewhere, defendants JOHN WILLIAM STINSON and ROBERT LEE GRIFFIN sent a message to another member of the California Council saying that there was a plan in place to murder Thomas Lamb.

66)    In or about October 1988, defendant BARRY BYRON MILLS ordered defendant CLEO ROY to murder Thomas Lamb.

67)    On or about October 15, 1988, defendant CLEO ROY choked Thomas Lamb to death while defendant JOHN STANLEY CAMPBELL, JR., held Thomas Lamb's legs.

68)    On or about October 15, 1988, defendants CLEO ROY and JOHN STANLEY CAMPBELL, JR., placed a noose around Thomas Lamb's neck and hung him from shelves in his prison cell to make it appear that he had committed suicide.

## Murder of Stephen Clark

69)    On or before July 3, 1982, in the Central District of California, defendants JOHN WILLIAM STINSON and ROBERT LEE GRIFFIN, and others, decided to order that Aryan Brotherhood member Stephen Clark be murdered for disrespecting high-ranking

14

1  Aryan Brotherhood members.

2      70)  On or before July 3, 1982, in the Central District

3  of California, defendants JOHN WILLIAM STINSON and ROBERT LEE

4  GRIFFIN, and others, decided that the murder of Stephen Clark

5  would be carried out by Aryan Brotherhood member Clifford Smith.

6      71)  On or about July 3, 1982, in the Central District

7  of California, defendant ROBERT LEE GRIFFIN told Clifford Smith

8  to get a knife from defendant EDWARD TYLER BURNETT to be used to

9  murder Stephen Clark.

10      72)  On or about July 3, 1982, in the Central District

11  of California, defendant EDWARD TYLER BURNETT supplied Clifford

12  Smith with a knife to be used to murder Stephen Clark.

13      73)  On or about July 3, 1982, in the Central District

14  of California, Clifford Smith murdered Stephen Clark by stabbing

15  him to death.

16      74)  On or about July 12, 1982, in the Central District

17  of California and elsewhere, defendants JOHN WILLIAM STINSON and

18  ROBERT LEE GRIFFIN sent a message to another member of the

19  California Council explaining why Stephen Clark had been

20  murdered.

21                  Murder of Richard Andreasen

22      75)  In or before January 1983, in the Central District

23  of California, the members of the California Council, including

24  defendants JOHN WILLIAM STINSON, RICHARD LLOYD TERFLINGER, and

25  ROBERT LEE GRIFFIN, ordered that Aryan Brotherhood associate

26  Richard Andreasen be murdered because Andreasen had provided

27  information to law enforcement authorities.

28      76)  In or before January 1983, in the Central District

of California and elsewhere, defendant RONALD BOYD SLOCUM sent word to the Federal Commission that Richard Andreasen was to be murdered.

77) In or before May 1983, in the Central District of California, the members of the California Council, including defendants JOHN WILLIAM STINSON, RICHARD LLOYD TERFLINGER, and ROBERT LEE GRIFFIN, ordered Aryan Brotherhood associate Rick Rose to murder Richard Andreasen.

78) On or about May 24, 1983, in the Central District of California, Rick Rose attempted to murder Richard Andreasen by stabbing him.

79) In or before October 1983, defendant BARRY BYRON MILLS ordered Aryan Brotherhood member John Greschner to murder Richard Andreasen.

80) On or about October 6, 1983, John Greschner and Aryan Brotherhood associate Ronnie Joe Chriswell murdered Richard Andreasen by stabbing him to death.

### Attempted Murder of Jeffrey Barnett

81) In or before June 1983, in the Central District of California, defendant ROBERT LEE GRIFFIN ordered that Jeffrey Barnett be murdered because Barnett's wife had refused to smuggle narcotics into prison.

82) On or about June 19, 1983, Aryan Brotherhood associate Richard Woerner attempted to murder Jeffrey Barnett by stabbing him.

83) In or before March 1990, in the Central District of California and elsewhere, defendant RONALD BOYD SLOCUM informed defendant BARRY BYRON MILLS that the California

1  Commission wanted Jeffrey Barnett murdered.

2         84)  In or before March 1990, in the Central District

3  of California and elsewhere, defendant BARRY BYRON MILLS ordered

4  defendant RONALD BOYD SLOCUM to have defendants STEVEN WILLIAM

5  HICKLIN and CHRISTOPHER OVERTON GIBSON murder Jeffrey Barnett.

6         85)  In or before March 1990, in the Central District

7  of California, defendant RONALD BOYD SLOCUM ordered defendants

8  STEVEN WILLIAM HICKLIN and CHRISTOPHER OVERTON GIBSON to murder

9  Jeffrey Barnett.

10         86)  On or about March 13, 1990, in the Central

11  District of California, defendant CHRISTOPHER OVERTON GIBSON held

12  Jeffrey Barnett while defendant STEVEN WILLIAM HICKLIN repeatedly

13  stabbed Barnett, all in an effort to murder Barnett.

14  <u>Attempted Murder of Jimmy Lee Inman</u>

15         92)  In or about 1984, in the Central District of

16  California and elsewhere, the members of the California

17  Commission, including defendant ROBERT LEE GRIFFIN, ordered that

18  Jimmy Lee Inman be murdered for having assaulted an Aryan

19  Brotherhood member.

20         93)  In or about 1990, in the Central District of

21  California, defendant EDWARD TYLER BURNETT told Aryan Brotherhood

22  member Brian Healy that Healy was to murder Jimmy Lee Inman if

23  given the opportunity.

24         94)  In or before April 1991, in the Central District

25  of California and elsewhere, the members of the California

26  Commission, including defendants JOHN WILLIAM STINSON, RICHARD

27  LLOYD TERFLINGER, and ROBERT LEE GRIFFIN, ordered defendant DAVID

28  MICHAEL SAHAKIAN to deliver a message to the federal faction of

17

the Aryan Brotherhood requesting that Jimmy Lee Inman be murdered.

95)   In or about May 1991, defendant DAVID MICHAEL SAHAKIAN delivered the message to the federal faction of the Aryan Brotherhood that the California Commission wanted Jimmy Lee Inman murdered.

96)   In or before September 1991, in the Central District of California and elsewhere, the members of the California Commission, including defendants JOHN WILLIAM STINSON, RICHARD LLOYD TERFLINGER, and ROBERT LEE GRIFFIN, sent word to defendant RONALD BOYD SLOCUM that the California Commission had requested that Jimmy Lee Inman be murdered.

97)   In or before September 1991, in the Central District of California and elsewhere, defendant RONALD BOYD SLOCUM informed defendant BARRY BYRON MILLS that the California Commission had requested that Jimmy Lee Inman be murdered.

98)   In or about February 1992, defendant EDGAR WESLEY HEVLE ordered Aryan Brotherhood member Lawrence Klaker to murder Jimmy Lee Inman if given the opportunity.

99)   In or before September 1993, defendant BARRY BYRON MILLS ordered Aryan Brotherhood member Kurt King to murder Jimmy Lee Inman.

100)  On or about September 30, 1993, Kurt King attempted to murder Jimmy Lee Inman by stabbing him.

<u>Attempted Murder of Joel Burkett</u>

101)  In or about 1986, the members of the California Commission, including defendant ROBERT LEE GRIFFIN, ordered that Joel Burkett be murdered for giving information to prison

18

1 authorities about the location of weapons hidden at Folsom State

2 Prison in Represa, California.

3          102) In or about 1990, in the Central District of

4 California, defendant EDWARD TYLER BURNETT told Aryan Brotherhood

5 member Brian Healy that Healy was to murder Joel Burkett if given

6 the opportunity.

7          103) In or before April 1991, in the Central District

8 of California and elsewhere, the members of the California

9 Commission, including defendants JOHN WILLIAM STINSON, RICHARD

10 LLOYD TERFLINGER, and ROBERT LEE GRIFFIN, ordered defendant DAVID

11 MICHAEL SAHAKIAN to deliver a message to the federal faction of

12 the Aryan Brotherhood requesting that Joel Burkett be murdered.

13          104) In or about May 1991, defendant DAVID MICHAEL

14 SAHAKIAN delivered the message to the federal faction of the

15 Aryan Brotherhood that the California Commission wanted Joel

16 Burkett murdered.

17          105) In or before July 1991, in the Central District of

18 California and elsewhere, the members of the California

19 Commission, including defendants JOHN WILLIAM STINSON, RICHARD

20 LLOYD TERFLINGER, and ROBERT LEE GRIFFIN, sent word to defendant

21 RONALD BOYD SLOCUM that Joel Burkett was to be murdered.

22          106) In or before July 1991, in the Central District of

23 California and elsewhere, defendant RONALD BOYD SLOCUM informed

24 defendant BARRY BYRON MILLS that the California Commission had

25 requested that Joel Burkett be murdered.

26          107) In or before December 1991, defendant BARRY BYRON

27 MILLS told Aryan Brotherhood member John Greschner to tell Aryan

28 Brotherhood member Lawrence Klaker to murder Joel Burkett if

1   given the opportunity.

2          108) In or about December 1991, John Greschner told

3   Lawrence Klaker that defendant BARRY BYRON MILLS had ordered

4   Klaker to murder Joel Burkett if given the opportunity.

5          109) In or about February 1992, defendant EDGAR WESLEY

6   HEVLE ordered Lawrence Klaker to murder Joel Burkett if given the

7   opportunity.

8          110) On or about March 1, 1992, Lawrence Klaker

9   attempted to murder Joel Burkett by stabbing him.

10                Murder of Arthur Ruffo

11         135) In or before 1990, in the Central District of

12  California and elsewhere, the members of the California

13  Commission, including defendants JOHN WILLIAM STINSON, RICHARD

14  LLOYD TERFLINGER, and ROBERT LEE GRIFFIN, decided that Aryan

15  Brotherhood member Arthur Ruffo was to be murdered.

16         136) In or about 1990, in the Central District of

17  California, defendant EDWARD TYLER BURNETT told Aryan Brotherhood

18  member Brian Healy that the California Commission had ordered

19  that Arthur Ruffo be murdered.

20         137) In or about August 1995, defendants JOHN WILLIAM

21  STINSON, RICHARD LLOYD TERFLINGER, and DAVID ALLEN CHANCE ordered

22  Brian Healy to murder Arthur Ruffo.

23         138) On or about February 5, 1996, defendant RICHARD

24  LLOYD TERFLINGER sent a message to Brian Healy ordering him to

25  murder Arthur Ruffo.

26         139) On or about February 7, 1996, Brian Healy murdered

27  Arthur Ruffo by strangling him to death.

28         140) In or about November 1997, defendant ROBERT LEE

20

1   GRIFFIN told Brian Healy that he was among those who ordered that

2   Arthur Ruffo be murdered.

3                   Conspiracy to Murder Frank Ruopoli

4          141) In or before June 1991, in the Central District of

5   California and elsewhere, members of the California faction of

6   the Aryan Brotherhood asked defendant RONALD BOYD SLOCUM to

7   transmit a message to the federal faction of the Aryan

8   Brotherhood saying that Frank Ruopoli was to be murdered for

9   having provided information about defendant JOHN WILLIAM STINSON

10  to law enforcement authorities.

11         142) In or before June 1991, in the Central District of

12  California and elsewhere, defendant RONALD BOYD SLOCUM sent a

13  message to defendant BARRY BYRON MILLS saying that Frank Ruopoli

14  was to be murdered.

15         143) In or about June 1991, defendant BARRY BYRON MILLS

16  told Aryan Brotherhood member Kevin Roach to contact members of

17  the federal faction of the Aryan Brotherhood and tell them to try

18  to locate Frank Ruopoli so that Ruopoli could be murdered.

19         144) In or about 1995, defendant BARRY BYRON MILLS told

20  Aryan Brotherhood member Eugene Bentley that the California

21  Commission wanted Frank Ruopoli murdered.

22         145) In or about April 1995, Arthur Ruffo told Aryan

23  Brotherhood member Brian Healy that Frank Ruopoli was to be

24  murdered because he had testified in court against defendant JOHN

25  WILLIAM STINSON.

26         146) In or about June 1998, Aryan Brotherhood member

27  Frederick Frakes gave Kevin Roach a telephone number to be used

28  in tracking down Frank Ruopoli.

21

### Conspiracy to Murder Chris Cecil

214) On or about June 10, 1994, defendant JOHN WILLIAM
STINSON ordered Aryan Brotherhood member Jeffrey Rhodes to murder
Aryan Brotherhood associate Chris Cecil because Cecil had failed
to follow an order to commit a murder on behalf of the Aryan
Brotherhood.

215) Between June 10, 1994, and June 17, 1994, Aryan
Brotherhood member Paul Schneider made a knife for Jeffrey Rhodes
to use in murdering Chris Cecil.

216) On or about June 17, 1994, Paul Schneider brought
the knife he had made, concealed inside a manila envelope, to the
law library at Pelican Bay State Prison in Crescent City,
California.

217) On or about June 17, 1994, Paul Schneider, in the
law library at Pelican Bay State Prison in Crescent City,
California, passed the manila envelope containing the knife he
had made to another inmate, who passed the manila envelope to
Jeffrey Rhodes.

218) On or about June 17, 1994, defendants JOHN WILLIAM
STINSON, RICHARD LLOYD TERFLINGER, and DAVID ALLEN CHANCE
instructed Jeffrey Rhodes on how to murder Chris Cecil and make
the murder appear to have been committed in self defense.

### Murder of Aaron Marsh

309) In or before March 1997, the members of the
California Commission, including defendants JOHN WILLIAM STINSON,
RICHARD LLOYD TERFLINGER, ROBERT LEE GRIFFIN, and DAVID ALLEN
CHANCE, decided to order that Aryan Brotherhood member Aaron
Marsh be murdered for failure to carry out an order to murder

22

1    another inmate.

2          310) In or before March 1997, defendant RICHARD LLOYD

3    TERFLINGER sent a message to Aryan Brotherhood member Brian Healy

4    saying that Aaron Marsh was to be murdered.

5          311) On or about March 13, 1997, Brian Healy told

6    defendant ELLIOTT SCOTT GRIZZLE that Aaron Marsh was to be

7    murdered.

8          312) In or before July 1997, defendant ELLIOTT SCOTT

9    GRIZZLE told defendant GARY JOE LITTRELL that Aaron Marsh was to

10   be murdered.

11          313) On or about July 25, 1997, defendant GARY JOE

12   LITTRELL murdered Aaron Marsh by strangling him to death.

13                        COUNTS FOUR AND FIVE

14                      [18 U.S.C. § 1959(a)(1)]

15       70.  On or about the dates specified below, the defendants

16   specified below committed the offenses specified below, and each

17   such offense was committed for the purpose of gaining entrance to

18   or maintaining and increasing the position of the specified

19   defendants in the Aryan Brotherhood, an enterprise engaged in

20   racketeering activity, in violation of Title 18, United States

21   Code, Section 1959(a)(1).

22                             COUNT FOUR

23       73.  Paragraphs Sixty-Eight through Seventy are hereby

24   incorporated and realleged herein as if set forth in full.

25       74.  On or about February 7, 1996, within the Central

26   District of California and elsewhere, defendants JOHN WILLIAM

27   STINSON, aka "Youngster," aka "The Youngest," RICHARD LLOYD

28   TERFLINGER, aka "Bart Simpson," ROBERT LEE GRIFFIN, aka "Blinky,"

                                  23

aka "McGrif," DAVID ALLEN CHANCE, and EDWARD TYLER BURNETT
unlawfully, willfully, deliberately, maliciously, and with
premeditation and malice aforethought did aid, abet, advise,
encourage, and otherwise participate in the murder of Arthur
Ruffo, in violation of California Penal Code Sections 31 and 187.

COUNT FIVE

75.   Paragraphs Sixty-Eight through Seventy are hereby
incorporated and realleged herein as if set forth in full.

76.   On or about July 25, 1997, within the Central District
of California and elsewhere, defendants JOHN WILLIAM STINSON, aka
"Youngster," aka "The Youngest," RICHARD LLOYD TERFLINGER, aka
"Bart Simpson," ROBERT LEE GRIFFIN, aka "Blinky," aka "McGrif,"
DAVID ALLEN CHANCE, GARY JOE LITTRELL, and ELLIOTT SCOTT GRIZZLE,
aka "Scott," unlawfully, willfully, deliberately, maliciously,
and with premeditation and malice aforethought did aid, abet,
advise, encourage, and otherwise participate in the murder of
Aaron Marsh, in violation of California Penal Code Sections 31
and 187.

1

## CERTIFICATE OF SERVICE

2    I, **NETTIE RAFEE** declare:

3    That I am a citizen of the United States and resident or employed in Los

4    Angeles, County, California; that my business address is Office of United States

5    Attorney, Federal Courthouse 312 North Spring Street, Los Angeles, California 90012;

6    that I am over the age of eighteen years, and am not a party to the above-entitled

7    action;

8    That I am employed by the United States Attorney for the Central District of

9    California who is a member of the Bar of the United States District Court for the Central

10    District of California, at whose direction the service by mail described in this Certificate

11    was made; that on September 28, 2006,  I deposited in the United States mail, at the

12    U.S. Courthouse, in the above-entitled action, in an envelope bearing the requisite

13    postage,

14    a copy of:**STIPULATION RE: JOINT SUBMISSION OF STATEMENT OF THE CASE TO BE READ TO THE PROSPECTIVE JURORS.**

15    **was:**

| [] Placed in a closed envelope, for collection and interoffice delivery addressed as follows: | [ x]Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: **(By Nettie Rafee)** |
|---|---|
| [] By hand delivery addressed as follows: | [**x**] By facsimile as follows: **(By Mark Childs)** |
| [ ] By messenger as follows: | [ ] By federal express as follows: |
| Paul Potter, Esq.<br>Potter, Cohen & Samulon<br>3852 East Colorado Blvd<br>Pasadena, Ca 91107 | Terrence Bennett, Esq.<br>P.0 Box 709<br>Pasadena, CA 91102-0709 |

23    at their  last known address, at which place there is a delivery service by United States mail.

24    This Certificate is executed on **September 28, 2006**, at Los Angeles, California.

25    I certify under penalty of perjury that the foregoing is true and correct.

26

27    _Nettie Rafee_
**Nettie Rafee**

28