1  **PAUL E. POTTER, SBN 93002**
   POTTER, COHEN & SAMULON
2  3852 East Colorado Boulevard
   Pasadena, California   91107
3  (626) 795-0681

4  **TERRENCE J. BENNETT, SBN 53149**
   Post Office Box 709
5  Pasadena, California   91102-0709
   (626) 798-6675
6
7  **KENNETH A. REED, SBN 133567**
   404 W. Fourth Street, Suite C
8  Santa Ana, California 92701
   (714) 953-7400
9
   Attorneys for Defendant
   **JOHN WILLIAM STINSON**
10

11              UNITED STATES DISTRICT COURT
12
               CENTRAL DISTRICT OF CALIFORNIA
13
14  UNITED STATES OF AMERICA,        Case No.: SA-CR-02-938-DOC

15                                   **SUPPLEMENTAL MOTION IN LIMINE**
                        Plaintiff,   **DEFENDANT STINSON'S OPPOSITION**
                                     **TO INTRODUCTION OF GOVERNMENT**
16      vs.                          **EXHIBIT-----**
                                     **FRE 403(b) EVIDENCE**
17  JOHN W. STINSON,
18                      Defendants.
19

20      Comes  Now,  John  W.  Stinson,  through  his  attorneys  of

21  record,  in  opposition  to  government's  stated  intent  to

22  introduce  exhibits  3A  and  3b.   Defense  counsel  received  an

23  email notice today from government counsel indicating that he

24  intends  to  use  government  <u>exhibit 3</u>  in  the  government's

25  opening statement on November 7, 2006.

26

This is a document that was allegedly drafted in 1993 by members of the Federal Aryan Brotherhood while incarcerated at United States Prison, in Marion Illinois.

The history of the document is that it was found along with government's exhibit 2 approximately nine years after they were allegedly drafted by members of the Federal Aryan Brotherhood while incarcerated at USP Marion.

The Government position is that the documents show that the State AB and the Federal AB are one Aryan Brotherhood and that therefore the actions by one, in this case drafting of rules and organization, should be admissible in court against the other.

Both documents of these were allegedly found as a result of the cell search of David Sahakian, a federal inmate who was not housed at Marion Federal Prison in 1993 when the documents were allegedly drafted. This nine year gap alone, without further foundation, should give the court pause in allowing the government to link this document to alleged California Aryan Brotherhood.

In addition to the nine year gap between its creation and its discovery, Government's proposed exhibit 2 is type written, and presumably reduced by use of a copy machine.

Government's proposed exhibit 3\1/ is hand written.   Neither document is dated.   The foundation for the assertion that these documents were drafted together, and that they refer to the same event, is speculative at best.

It is assumed that government counsel seeks to use Government's Exhibit 3, along with Government Exhibit 2, to show that reorganization of the federal Aryan Brotherhood, was caused by a similar act in the State of California to assist the government in its burden of showing that the Aryan brotherhood is an enterprise within the meaning of the of the RICO statutes.   Mr. Stinson, through his attorneys of record object to the introduction of both of these documents under FRE 403\2/.

Mr. Stinson would incorporate the points and authorities in his previous opposition to the introduction of Exhibit 2 into this document by reference.

Kenneth A. Reed
Attorney for defendant
John Stinson

---

1. Both exhibits are attached hereto.

2 **Rule 403.**   Exclusion of Relevant Evidence on Grounds of Prejudice, Confusion, or Waste of Time

Although relevant, evidence may be excluded if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

Supplemental 403 motion to exclude Govt. exhibit 3                3

The Commission has collectively arrived at some major decisions and we would like to respectfully submit them to the majority which is here at session. We've arrived at these decisions at the urging of many individuals for us to use the reins and establish some authority and direct accountability as a means towards a more productive future for us all, as many feel we've been floundering as a group and that it is time for us to elevate our goals within a more organized fashion. Therefore, our primary goal is to transform us from a disfunctional prison gang into a viable and productive criminal organization inside prison and on the streets (functioning as the streets is our paramount objective). The purpose of this organization is to provide us with material and monetary assets through illegal and legal activities. In the past, there has been too much individualism and lack of personal accountability, hence no assets for material gains. Therefore, we feel that this organization must govern from the center, with a structure that protects and facilitates its business and overall advancement, yet remains inclusive to the whole (in that it motivates each individual to function and advance in accordance to their ability and proven proficience, while assuring each individual that we are one, yet imposing the will and discipline of the group over any individual). To become functioning organization demands that we implement a structure and that we function within a departmentalized method. But, it is imperative that we as a whole exercise extreme caution in maintaining the unity of the whole, as we ALL are only representatives of that whole.

Our vision of this criminal organization encompasses the following:

—STRUCTURE— Commission, Council, Business Men, and Enforcers.

Commission—Its duties are to oversee the organization, in that it keeps the organization focused and functioning on an expanding level. It interacts directly with the Council. A Commission member can only be removed or placed on the Commission by a majority vote of the Commission and Council combined.

Council—It is selected by the Commission. Its duties are primarily to implement the progress of the Commission and to oversee the general affairs of the organization.

Business Men—These individuals are identified and managed by the Council. Their duties are to operate the organization's business and to earn money for the organization.

Enforcers—These are the primary soldiers and they are also identified and managed by the Council. Their duty is to enforce the will and authority of the organization.

We feel that these four levels are essential in establishing and maintaining an organization.

At each prison and on the streets the Commission will delegate one person to be in charge of the overall management and affairs of the organization, that one individual is directly answerable to the Commission. Whenever possible that person will be a Council member. Should there be more than one council member at a spot, then the Commission will select which one it wants in charge, but Council members should work together. Each prison will establish and maintain a functioning bank. Each prison will establish and maintain gambling and drug sales, this is to belong to the organization. Each prison will establish and maintain a welfare fund for ALL fallas allowed. In prison and on the streets we are asking those in charge to bring independent activities into organized activities that further our collective objectives, the organization business is to be departmentalized, and conducted through proper channels, ie, the organization will dictate who conducts its business and between whom. The day of the lone wolf has expired, we ALL will be held accountable for our personal conduct and responsibility to the organization, in and out of prison.

New Fallas—Up for a minimum of a year. More extensive history checks. An evaluation as to what needs they may meet for the organization and the role they may fulfill within it. A clear understanding that initially their role will be to take orders. Any Brother can put someone up, and as many Brothers as possible will be consulted, but only the Commission or Council will vote on new fallas, and they must be unanimous unless someone cannot be reached and then the majority will suffice. No new falla can become a Brother except through an administered oath by someone on the Commission or Council (be it one year or ten years that someone is up), no one can become a Brother until he crosses paths with someone on the Commission or Council and an oath is administered. While a new falla is up internal affairs or business is not to be discussed or disclosed. Once a new falla has become a Brother he cannot put someone up for a period of three years. We have shortened the oath to simply: The A.B. asks for your mind, heart, and life, do you give us that? New falla should respond with, I pledge my mind, heart, and life to the A.B. He should then be welcomed and embraced as a Brother and everyone should be informed that he is now a Brother. We feel it is important to establish and maintain one progress inside and out. Therefore, what we implement inside will to implemented outside under the same direction and authority. Everyone will be given the opportunity to advance within this organization, but that advancement will be determined by ones personal ability and proven proficience. The Commission has decided to initially select a five member Council, but this Council will recommend as the need arises and as the individuals reveal themselves as managers and motivators. This selection process will be conducted by putting these individuals in charge in a trial basis and then judging their overall proficience and ability as to whether they merit a Council position. These five individuals are: Slo, Phil, Speedy, Wayne, and Cleo. Speedy has been placed in charge of logic and Cleo is in charge of action. Wayne will be given a spot when he leaves. Phil in Mesa, and Slo on the streets. There will be others as we move foward. ALL positions of authority are only representatives of the whole, and while their job and responsibility is to advance the organization, we are ONE. If WE are going to be successful we all are going to have to find our own niche and work within it. This is not about ego, it is about US setting higher goals and achieving some substantive fruit from our collective labor. We are deserving of more then just being a broke disfunctional jailhouse bullies. This is about US becoming the very best possible criminal organization. If it was easy every group would be successful, but the simple TRUTH is no one or anything is successful without bringing order to chaos and then maintaining discipline and direction. We ALL are strong independent individuals but the WILL of the WHOLE must be imposed and preserved over the will or personal interest of the individual. This

SA

EXHIBIT 2A

SAHA 186

Program is a major change and we do not mean to suggest that we possess all the absolute answer at this moment. So it may be incredibly to make changes as the need presents itself. But, we do absolutely believe that this is a more respectful direction and that it will be much more operative so we ask that you each be much more supportive about. Ch. has already more in engaged this and assist us in bringing it behind this direction. We would like to have behind this program 100% personally can and are willing to get

EXHIBIT 3a

## CERTIFICATE OF SERVICE BY ELECTRONIC MAIL

I, Adrianna Benitez, declare:

That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is 404 W. Fourth, Suite, C, Street Santa Ana, California 92701; that I am over the age of eighteen years, and I am not a party to the above-entitled action;

That I am employed by Kenneth A. Reed who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by electronic mail described in this Certificate was made; that on May 25, 2006, at Santa Ana, California, a copy of:

Motion in Limine to exclude Govt. Exhibit 3

Was sent to the following: (see attached list)

This Certificate is executed on October 31, 2006 at Santa Ana, California.

I certify under penalty of perjury that the foregoing is true and correct.

**Adrianna Benitez**

## United States v. John William Stinson

Mark Childs, Esq
Mark Aveis, Esq.
312 North Spring Street
Los Angeles, CA 90012
Mark.aveis@usdoj.gov
Mark.childs@usdoj.gov


Paul Potter, Esq
3852 E. Colorado Blvd
Pasadena, CA 91101
pepsquire@earthlink.net


Terrence Bennett, Esq.
P.O. Box 709
Pasadena, CA 91102-0709
benedictus@earthlink.net


Michael Crain, Esq
P.O. Box 3730
Santa Monica, CA 90408
michaelmcrain@aol.com


Joseph Walsh, Esq.
316 West 2nd Street, STE 1200
Los Angeles, CA 90012
attyjoewalsh@aol.com

John Cotsirilos, Esq.
2442 Fourth Ave
San Diego, CA 92101
mccabeatty@aol.com


Knut Johnson, Esq.
1010 Second Ave STE 1850
San Diego, CA 92101
knut@knutjohnson.com