```
 1 | DEBRA WONG YANG
   | United States Attorney
 2 | THOMAS P. O'BRIEN
   | Assistant United States Attorney
 3 | Chief, Criminal Division
   | J. MARK CHILDS (Cal. Bar No. 162684)
 4 | MARK AVEIS (Cal. Bar No. 107881)
   | Assistant United States Attorneys
 5 | Organized Crime and Terrorism Section
   | 1500 United States Courthouse
 6 | 312 North Spring Street
   | Los Angeles, California 90012
 7 | Telephone: (213) 894-4477
   | Facsimile: (213) 894-3713
 8 | Email: Mark.Aveis@usdoj.gov
   | Attorneys for Plaintiff
 9 | United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 02-938(E)-RGK |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S NOTICE OF WITHDRAWAL OF INTENT TO SEEK THE DEATH PENALTY AS TO DEFENDANTS JOHN STINSON, ROBERT LEE GRIFFIN, AND DAVID ALLEN CHANCE ONLY |
| v. | ) | |
| JOHN STINSON, ROBERT LEE GRIFFIN, and DAVID ALLEN CHANCE, | ) | |
| Defendants. | ) | [No hearing required] |

TO: THE HON. R. GARY KLAUSNER, U.S. DISTRICT JUDGE, AND TO DEFENDANTS JOHN STINSON, ROBERT LEE GRIFFIN, AND DAVID ALLEN CHANCE THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby withdraws its

///

///

DOCKETED ON CM
NOV 14 2006

1 | intent to seek the death penalty in this case as to defendants
2 | JOHN STINSON, ROBERT LEE GRIFFIN, AND DAVID ALLEN CHANCE only.
3 | Dated: 11/02/06          Respectfully submitted,
4 |                          DEBRA WONG YANG
                             United States Attorney
5 |
                             THOMAS P. O'BRIEN
6 |                          Assistant United States Attorney
                             Chief, Criminal Division
7 |
8 |                          /s/ M. Aveis
                             _____
9 |                          J. MARK CHILDS
                             MARK AVEIS
10 |                         Assistant United States Attorney
                             Attorneys for Plaintiff
11 |                         UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I, **ELIZABETH GODINEZ-GOMEZ,** declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and I am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S NOTICE OF WITHDRAWAL OF INTENT TO SEEK THE DEATH PENALTY AS TO DEFENDANT'S JOHN STINSON, ROBERT LEE GRIFFIN, AND DAVID ALLEN CHANCE ONLY.**

**service was:**

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail addressed as follows:

[ ] By hand delivery

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

[X] **E-mailed to the following: SEE ATTACHMENT.**

This Certificate is executed on in **November 2, 2006** Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ E. Bv---*
ELIZABETH GODINEZ-GOMEZ

3

<u>U.S. v. ROBERT LEE GRIFFIN, ET AL.</u>,
CR NO. 02-938-RGK

1
2  Joseph F. Walsh, Esq. (ROBERT GRIFFIN)
   316 West Second Street, Suite 1200
   Los Angeles, CA 90012
3  Email: <u>Attyjoewalsh@aol.com</u>
   t-213-627-1793
4  f-213-789-4700

5  Michael M. Crain, Esq. (ROBERT GRIFFIN)
   P.O. Box 3730
6  Santa Monica, CA 90408
   Email: <u>Michaelmcrain@aol.com</u>
7  t-310-571-3324
   f-310-626-9983

8
   Knut Johnson, Esq. (DAVID CHANCE)
9  1010 Second Avenue, Suite 1850
   San Diego, CA 92101
10 Email: <u>knut@knutjohnson.com</u>
   t-619-232-7080
11 c-619-602-0277
   f-619-232-7324
12
   John Cotsirilos, Esq. (DAVID CHANCE)
13 2442 Fourth Avenue
   San Diego, CA 92101
14 Email: <u>Mccabeatty@aol.com</u>
   t-619-232-6022
15 c-619-316-9188
   f-619-232-6052

16
   Paul Potter, Esq. (JOHN STINSON)
17 Potter, Cohen & Samulon
   3852 East Colorado Blvd.
18 Pasadena, CA 91107
   Email: <u>pepsquire@earthlink.net</u>
19 t-626-795-0681

20 Terrence Bennett, Esq. (JOHN STINSON)
   P.O. Box 709                **Regular Mail**
21 Pasadena, CA 91102-0709
   Email: <u>benedictus@earthlink.net</u>
22 t-626-798-6675

23 Kenneth Alan Reed (JOHN STINSON)
   404 West Fourth St., Suite C
24 Santa Ana, CA 92701
   KAR<u>_crimlaw@bcglobal.net</u>
25 t-825-953-7400
   f-714-953-7414
26 c-714-423-9947

27

28

4