UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 02-938-RGK |
| Plaintiff, | ) |
| v. | ) STIPULATION RE: EXHIBIT 52F |
| JOHN STINSON, et al., | ) |
| Defendants. | ) |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, and defendants, hereby stipulate as follows:

Exhibit 52F is the cover and part of the first page of the Federal Bureau of Investigation Freedom of Information Act filing of reports on the Aryan Brotherhood, found in David Chance's cell at Pelican Bay State Prison. Although the entire report was found in the cell, only the cover page and part of the first page of the Report are being presented to the jury because the content of the Report is not a matter for the jury to consider. The jury is to consider only the fact that the Report was found in Mr. Chance's cell.

```
DATE: December 12, 2006        Respectfully submitted,

                               GEORGE S. CARDONA
                               Acting DEBRA WONG YANG
                               United States Attorney


                               /s/ Mark Aveis
                               _____
                               MARK AVEIS
                               Assistant United States Attorney

                               Attorneys for Plaintiff
                               United States of America

DATE: December 12, 2006        /s/ Joseph Walsh
                               _____
                               JOSEPH WALSH

                               Attorney for defendant
                               ROBERT GRIFFIN



DATE: December 12, 2006        /s/ P. Potter
                               _____
                               PAUL POTTER

                               Attorney for defendant
                               JOHN STINSON
```

2

# FREEDOM OF INFORMATION AND PRIVACY ACTS

SUBJECT: <u>ARYAN BROTHERHOOD</u>

FILE NUMBER: <u>183-7396</u>

PART 1 OF 1



# FEDERAL BUREAU OF INVESTIGATION

EXHIBIT 52 F



U.S. Department of Justice

Federal Bureau of Investigation

Los Angeles, California

In Reply, Please Refer to
File No.

October 15, 1982

ARYAN BROTHERHOOD
Los Angeles Division
RACKETEER ENTERPRISE INVESTIGATION

History

California State Prison System

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 2/12/98 BY SP3/amdk

ENCLOSURE

EXHIBIT 52P-1