UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 02-938-RGK |
| Plaintiff, ) | |
| v. ) | STIPULATION RE: EXHIBIT 54C |
| JOHN STINSON, et al., ) | |
| Defendants. ) | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, and defendants, hereby stipulate as follows:

Exhibit 54C is the first page of a Report on the major prison gangs in Florida's prisons, found in John Stinson's cell at Pelican Bay State Prison. Although the entire report was found in the cell, only the top half of the first page of the Report is being presented to the jury because the content of the Report is not a matter for the jury to consider. The jury is to consider only the fact that the Report was found in Mr. Stinson's cell.




```
 1
 2
 3  DATE: December 12, 2006      Respectfully submitted,
 4                               GEORGE S. CARDONA
                                 ~~DEBRA WONG YANG~~
 5                               Acting United States Attorney
 6
 7                               _____
                                 MARK AVEIS
 8                               Assistant United States Attorney
 9                               Attorneys for Plaintiff
                                 United States of America
10
11  DATE: December 12, 2006
                                 _____
12                               JOSEPH WALSH
13                               Attorney for defendant
                                 ROBERT GRIFFIN
14
15
16
17  DATE: December 12, 2006      _____
18                               PAUL POTTER
19                               Attorney for defendant
                                 JOHN STINSON
20
21
22
23
24
25
26
27
28
                                        2
```

GANG BASICS
F.A.Q.
(CHICAGO BASED)
Nation Sets
L.A. BASED Prison Gangs
Florida Gangs
Supremacy Groups
Awareness Strategies
Contact Info
LINKS

## Major Prison Gangs

There are six major prison gangs that are recognized nationally for their participation in organized crime and violence. *They have no known official affiliation with other alliances.*

Each group is represented in Florida's prison system population; however some are not readily recognizable.

The six major prison gangs currently are:

1. Neta
2. Aryan Brotherhood
3. Black Guerrilla Family
4. Mexican Mafia
5. La Nuestra Familia
6. Texas Syndicate