

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 02-938-RGK |
| Plaintiff, | ) |
| v. | ) STIPULATION RE: EXHIBIT 55C |
| JOHN STINSON, et al., | ) |
| Defendants. | ) |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, and defendants, hereby stipulate as follows:

Exhibit 55C is the first page from a debriefing of Brian Healy, found in Richard Terflinger's cell at Pelican Bay State Prison. Although numerous pages of the debriefing were found in the cell, only page one of the debriefing, with most of the information blocked out, is being presented to the jury because the content of the debriefing is not a matter for the jury to consider. The jury is to consider only the fact that the debriefing was found in Mr. Terflinger's cell and it is a duplicate of the debriefing found in Mr. Chance's cell.




```
 1  DATE: December 12, 2006     Respectfully submitted,
 2                              GEORGE S. CARDONA
                                DEBRA WONG YANG
 3                              United States Attorney
 4
 5                              _____
                                MARK AVEIS
 6                              Assistant United States Attorney
 7                              Attorneys for Plaintiff
                                United States of America
 8
 9  DATE: December 12, 2006     _____
10                              JOSEPH WALSH
11                              Attorney for defendant
                                ROBERT GRIFFIN
12
13
14
15  DATE: December 12, 2006     P. Potter
                                _____
16                              PAUL POTTER
17                              Attorney for defendant
                                JOHN STINSON
18
```

... ...... ..... .... ... ........ ... .... .. ..... .......
of a substantial amount should be cut up for other br-
others without funds. This is a must;

A second thought.

Current Conspiracies of the ARYAN Brotherhood