FILED
CLERK, U.S. DISTRICT COURT
DEC 15 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOHN STINSON, et al.,<br>Defendants. | No. CR 02-938-RGK<br><br>STIPULATION RE: EXHIBIT 56B |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, and defendants, hereby stipulate as follows:

Exhibit 56B is the first two pages of the testimony of Steven Barnes at the trial of People v Robert Lee Griffin. Only the first two pages of the testimony are being presented to the jury because the content of Steven Barnes's testimony is not a matter for the jury to consider. The jury is to consider only the fact that Steven Barnes testified as a prosecution witness in the trial of People v Robert Lee Griffin.

DOCKETED ON CM
DEC 19 2006
BY 002

4292



```
 1  DATE: December 12, 2006       Respectfully submitted,
 2                                 DEBRA WONG YANG
 3                                 United States Attorney
 4
 5                                 _____
 6                                 MARK AVEIS
                                   Assistant United States Attorney
 7
                                   Attorneys for Plaintiff
 8                                 United States of America

 9  DATE: December 12, 2006
10                                 _____
                                   JOSEPH WALSH
11
                                   Attorney for defendant
12                                 ROBERT GRIFFIN
13
14
15  DATE: December 12, 2006        _____
16                                 PAUL POTTER
17                                 Attorney for defendant
                                   JOHN STINSON
18
```

(signed by George S. Cardona, Acting United States Attorney)

2

1       constant contact with me; is that correct?
2   A   That's correct.
3   Q   And the evidence was evaluated several times
4       throughout that period of time?
5           MR. POLAKOVIC: To which I would object as
6   being immaterial.
7           THE WITNESS: That's true.
8   Q   (BY MR. PARKER:) I was the resident deputy D.A.?
9   A   That is true.
10          MR. PARKER: Nothing further.
11
12                  RECROSS-EXAMINATION
13  BY MR. POLAKOVIC:
14  Q   Are you saying you made no arrests because Mr. Parker
15      told you not to make arrests?
16  A   That is not what I said.
17  Q   Who was running the investigation, you or Mr. Parker?
18  A   I was.
19          MR. POLAKOVIC: Nothing further.
20          MR. PARKER: Call Mr. Barnes.
21
22                  STEPHEN MICHAEL BARNES
23  called as a witness by the People, was sworn and testified
24  as follows:
25          THE CLERK: You do solemnly swear that the
26  testimony you are about to give in the cause now pending

EXHIBIT 56 B

724

1  before the Court shall be the truth, the whole truth, and
2  nothing but the truth, so help you God.
3          THE WITNESS: I do.
4          THE CLERK: Be seated, please. State your full
5  name for the record, please, and spell it.
6          THE WITNESS: Stephen Michael Barnes,
7  S-t-e-p-h-e-n  M-i-c-h-a-e-l  B-a-r-n-e-s.
8
9                    DIRECT EXAMINATION
10 BY MR. PARKER:
11 Q    Mr. Barnes, in October of 1980, were you a prisoner
12      at CIM?
13 A    Yes, I was -- no, I wasn't.
14 Q    All right. Had you, prior to that time, been a
15      prisoner at CIM?
16 A    Yes, I was.
17 Q    When had you been either moved or released, as the case
18      may have been?
19 A    I was sent April of '80 to the L.A. County Jail.
20 Q    So, in April of 1980 you went down to the county jail?
21 A    Yeah.
22 Q    And how long did you remain in the county jail?
23 A    Until September of '80.
24 Q    From September of '80 until when were you free or
25      what, sir?
26 A    I was free on bail for approximately thirty days.