ORIGINAL

```
GEORGE S. CARDONA
Acting United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
J. MARK CHILDS (Cal. Bar No. 162684)
MARK AVEIS (Cal. Bar No. 107881)
Assistant United States Attorneys
Organized Crime & Terrorism Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-4477
Facsimile: (213) 894-3713
E-Mail: Mark.Aveis@usdoj.gov
Attorneys for Plaintiff
United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
DEC 15 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 02-938(E)-RGK |
| Plaintiff, | ) |
| | ) GOVERNMENT'S PROPOSED |
| v. | ) INSTRUCTION REGARDING TESTIMONY |
| | ) OF ROBERT AYERS |
| JOHN WILLIAM STINSON and | ) |
| ROBERT LEE GRIFFIN, | ) Date: December 15, 2006 |
| | ) Time: 1:30 p.m. |
| Defendants. | ) |

Plaintiff United States of America hereby offers the attached additional jury instruction.

DATED: December 15, 2006

Respectfully submitted,

GEORGE S. CARDONA
Acting United States Attorney

THOMAS P. O'BRIEN
Assistant U.S. Attorney
Chief, Criminal Division

/s/ J. Mark Childs

J. MARK CHILDS
MARK AVEIS
Assistant United States Attorneys
Attorneys for Plaintiff
UNITED STATES OF AMERICA

DOCKETED ON CM
DEC 28 2006
BY ___   168



COURT'S INSTRUCTION NO. ___

During the government's cross examination of Robert Ayers, Jr., Warden of San Quentin prison, the government asked the witness certain hypothetical questions concerning a series of debriefs which contained statements by other inmates about defendant Robert Lee Griffin. The government asked the witness to assume that the debriefs which contained such statements came from the confidential section of defendant Robert Lee Griffin's "central" file with the California Department of Corrections.

You are not to consider the truth of such statements of the inmates against defendant Griffin. Rather, you are only to consider that the debriefs with such statements were contained in defendant Griffin's "central" file.

Furthermore, you are not to consider the testimony of Robert Ayers or this stipulation against defendant John Stinson.

Finally, you are not to make any finding, or draw any inference, regarding what documents defendant Griffin may, or may not have, provided to Robert Ayers before he testified.

## Aveis, Mark (USACAC)

**To:** Attyjoewalsh@aol.com; Michaelmcrain@aol.com
**Subject:** Proposed instruction

This is the instruction I will offer today regarding Ayers.